UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MECOT CAMARA, JR.**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1949 (ESH) |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER DIRECTING PLAINTIFF TO COMPLETE
SERVICE OF PROCESS**

A reasonable amount of time having passed since plaintiffs' filing of their complaint on October 29, 2007 and it appearing that no efforts have been made to serve defendants, it is hereby

**ORDERED** that on or before March 25, 2008, plaintiffs must either: (1) file with the Court proof that defendants have been served, or (2) set forth in detail the reasonable, good faith efforts made to date to effectuate service. If plaintiffs fail to comply with this order, or if the Court determines that plaintiffs have failed to make such efforts to effect service on defendants, this case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

                                                                /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: March 6, 2008